UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REFUGIA G BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00014 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The Court, having read the Affirmation and supporting Memorandum dated the 13th day of October, 2017 from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the Motion for Equal Access to Justice fees in the amount of $4,039.36 be granted in addition to reimbursement of the District Court filing fee of $400.00 payable from the Judgment Fund pursuant to 31 U.S.C. § 1304. The Court orders payment to Plaintiff, in accordance with the Supreme Court's ruling in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), although such payment may properly be made to Plaintiff "in care of (c/o)" Plaintiff's attorney.

ORDERED this 8th day of November, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE